UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,            24-cv-273 (JGK)

     - against -                   ORDER

JONATHAN FARBER, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

The time for defendant Brian Keasberry to answer was February 15, 2024. ECF No. 7. To date, no answer has been filed.

The time for defendant Brian Keasberry to answer or respond to the complaint is extended to **March 12, 2024.**

SO ORDERED.

Dated:    New York, New York
           February 20, 2024

                                          /s/ John G. Koeltl
                                              John G. Koeltl
                                         United States District Judge