UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,          24-cv-273 (JGK)

      - against -              ORDER

JONATHAN FARBER, ET AL.,

                Defendants.

---

**JOHN G. KOELTL, District Judge:**

The plaintiff has filed a motion for default judgment against Defendant Brian Keasberry.

The plaintiff is directed to file an Order to Show Cause for a Default Judgment against Defendant Brian Keasberry by **March 28, 2024.**

The plaintiff should attach the following papers to the Order to Show Cause:

a. an attorney's affidavit stating why a default judgment is appropriate and providing the legal authority for a damages inquest,
b. a proposed default judgment order containing a statement of damages, and
c. a certificate from the Clerk of Court stating that no answer has been filed and noting the default of the defendant.

A form Order to Show Cause for a Default Judgment is attached.

SO ORDERED.

Dated:    New York, New York
            March 15, 2024

                                          John G. Koeltl
                                      United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

                          Plaintiff,                                          civ    (JGK)

      -against-

                        Defendant.
-----------------------------------------------------------------X

## ORDER

It is hereby ordered that the defendant(s) show cause why a default judgment should not be entered against the defendant(s).. The defendant(s) shall respond to this order to show cause by _____. The plaintiff(s) shall file any reply to the response by _____.

**The defendant(s) is advised that failure to respond to the order to show cause may be grounds for a default judgment being entered against the defendant(s), in which event the defendant(s) will have no trial.**

The plaintiff(s) shall file proof of service of this order to show cause by _____.

.

**SO ORDERED.**

                                                                   **JOHN G. KOELTL**
                                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York