UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,            24-cv-273 (JGK)

      - against -              <u>ORDER</u>

JONATHAN FARBER, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

The time for Defendant Jonathan Farber to answer or respond to the complaint was March 12, 2024. ECF No. 6. To date, no answer has been filed.

The time for Defendant Jonathan Farber to answer or respond to the complaint is extended to **April 1, 2024.** Failure to respond to the complaint by this date could result in a default judgment being entered against that defendant.

The plaintiff is directed to serve a copy of this Order on Defendant Jonathan Farber and to file proof of such service on the docket by **March 22, 2024.**

SO ORDERED.

Dated:    New York, New York
          March 18, 2024

                              John G. Koeltl
                      United States District Judge