UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                 Plaintiff,            24-cv-273 (JGK)

       - against -               <u>ORDER</u>

JONATHAN FARBER, ET AL.,

                 Defendants.

---

JOHN G. KOELTL, District Judge:

     The parties are directed to submit a Rule 26(f) report by **April 10, 2024.**

SO ORDERED.

Dated:    New York, New York
           March 27, 2024

                                 John G. Koeltl
                            United States District Judge