UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------- X

SECURITIES AND EXCHANGE COMMISSION,

              Plaintiff,

    - against -

JONATHAN FARBER, AARIF JAMANI, and
BRIAN KEASBERRY,

              Defendants.

------------------------------------------------------------------------------- X

24 Civ. 273 (JGK) (GS)

ORDER

**GARY STEIN, United States Magistrate Judge:**

    For the reasons stated on the record at the December 5, 2024 conference before the undersigned, the Court hereby extends the discovery deadline in this action to **April 16, 2025**. The parties are directed to jointly submit an amended Proposed Civil Scheduling Order by no later than **December 17, 2024**. The parties' submission shall include the April 16, 2025 discovery deadline, as well as proposed extensions to the other outstanding deadlines in the operative Civil Scheduling Order. (*See* Dkt. No. 42). The parties are directed to use Judge Koeltl's form order.

    **SO ORDERED.**

DATED:    New York, New York
               December 10, 2024

                                                       The Honorable Gary Stein
                                                         United States Magistrate Judge