UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,

                       Plaintiff,

        -against-

JONATHAN FARBER, AARIF
JAMANI, and BRIAN KEASBERRY,

                       Defendants.
-----------------------------------------------------------------X

24 Civ. No. 0273 (JGK) (GS)

**VIDEO STATUS
CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Video Status Conference on **Monday, February 24, 2025 at 2:00 p.m.**  Counsel are directed to submit a joint status letter no later than **Monday, February 17, 2025** advising the court as to the status of this matter.  The Parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting.  **Meeting ID: [260 930 687 73]  Passcode: [f7eW7df3]**

       SO ORDERED.

DATED:    New York, New York
                 January 22, 2025

                                                              _____
                                                              The Honorable Gary Stein
                                                               United States Magistrate Judge