UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------- X
:
SECURITIES AND EXCHANGE COMMISSION,   :   24 Civ. 273 (JGK) (GS)
:
Plaintiff,   :   ORDER
:
- against -   :
:
JONATHAN FARBER, AARIF JAMANI, and   :
BRIAN KEASBERRY,   :
:
Defendants.   :
:
-------------------------------------------------------------------------------- X

**GARY STEIN, United States Magistrate Judge:**

The Court is in receipt of the February 28, 2025 status letter jointly submitted by Plaintiff and Defendants Keasberry and Farber (Dkt. No. 67), as well as the declarations from Keasberry and his e-discovery vendor regarding the search of Keasberry's electronic devices (Dkt. Nos. 65 & 66).

With respect to Keasberry's documents and communications that had been collected by the e-discovery vendor at the time the parties filed their February 28 letter, Keasberry shall produce these documents to Plaintiff by no later than **March 17, 2025**. With respect to Keasberry's WhatsApp messages, counsel for Keasberry shall submit a letter to the Court prior to the status conference scheduled for **March 7, 2025 at 12:00 p.m.** confirming that (1) Keasberry's WhatsApp messages have been collected by his e-discovery vendor, (2) a hit report was provided to Plaintiff, and (3) proposing a production date for these messages. Counsel for Keasberry shall further confer with his client and Plaintiff to find a mutually-agreeable date prior to May 1, 2025 for his deposition.

With respect to Defendant Farber's interrogatory responses and recent document

production from his Gmail account, it does not appear that there are any disputes for the Court to resolve at this time. Plaintiff and Farber shall submit a joint status letter by no later than **March 17, 2025** informing the Court as to whether there are any remaining issues that the parties have not been able to resolve on their own.

    **SO ORDERED.**

Dated:    New York, New York
          March 3, 2025

                                      The Honorable Gary Stein
                                      United States Magistrate Judge