UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,    24-cv-273 (JGK)

        Plaintiff,    ORDER

- against -

JONATHAN FARBER, ET AL.,

        Defendants.

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear, by phone, for a pre-motion conference in connection with the defendants' anticipated motion for summary judgment on **Thursday, June 26, 2025**, at **2:30 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
        June 6, 2025

                                          John G. Koeltl
                                      United States District Judge