UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,
                Plaintiff,      24-cv-273 (JGK)

    - against -                 ORDER

JONATHAN FARBER, ET AL.,
                Defendants.

---

JOHN G. KOELTL, District Judge:

Defendant Jonathan Farber should file the motion for summary judgment by **July 7, 2025**. The plaintiff should respond by **July 23, 2025**. The defendant may reply by **July 30, 2025**.

SO ORDERED.
Dated:    New York, New York
           June 26, 2025

                                      John G. Koeltl
                                 United States District Judge