UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br>                             **Plaintiff,**<br><br>  v.<br><br>**JONATHAN FARBER,**<br>**AARIF JAMANI, and**<br>**BRIAN KEASBERRY,**<br><br>                             **Defendants.** | 24-CV-00273 (JGK) |

**NOTICE OF DEFENDANT JONATHAN FARBER'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Jonathan Farber's Memorandum of Law in Support of Motion for Partial Summary Judgment, dated July 7, 2025 (the "Memorandum of Law"), Defendant Jonathan Farber moves this Court, before the Honorable John G. Koeltl, at the United States Courthouse, 500 Pearl St., New York, NY, for an Order granting Defendant Jonathan Farber partial summary judgment and such other and further relief as requested and as the Court deems just and proper in the above-captioned case, pursuant to Rule 56 of the Federal Rules of Civil Procedure.

Also submitted in connection with this Notice and the Memorandum of Law are: (i) Declaration of Defendant Jonathan Farber in Support of His Memorandum of Law in Support of Motion for Partial Summary Judgment, and (ii) Defendant Jonathan Farber's Local Rule 56.1 Statement of Undisputed Facts in Support of His Memorandum of Law in Support of Motion for Partial Summary Judgment.

Dated:  July 7, 2025                     Respectfully submitted,

    *s/  Thomas E. Puzzo*
Thomas E. Puzzo*
Law Offices of Thomas E. Puzzo, PLLC
3823 44th Ave. NE
Seattle, Washington 98105
Telephone: (206) 522-2256
Email: tpuzzo@puzzolaw.com

*Counsel for Defendant Jonathan Farber*
*Admitted pro hac vice

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 7, 2025, a true and correct copy of the above and foregoing was served in compliance with the Federal Rules of Civil Procedure upon the following by ECF:

| | |
|---|---|
| Nita Klunder | J. Robert Smith |
| Marc Jones | Silver State Law, LLC |
| Alfred Day | 61 Continental Drive |
| Securities and Exchange Commission | Reno, Nevada 89509 |
| Boston Regional Office | |
| 33 Arch Street, 24th Floor | |
| Boston, MA 02110 | |

Jon Uretsky
Anna Adelstein
PULLP
111 Broadway, 8th Floor
New York, New York 10006

                                            *s/ Thomas E. Puzzo*
                                            Thomas E. Puzzo