UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | 24-CV-00273 (JGK) |
| v. | |
| JONATHAN FARBER, AARIF JAMANI, and BRIAN KEASBERRY, | |
| Defendants. | |

**PLAINTIFF'S MOTION TO WITHDRAW**
<u>**APPEARANCE OF COMMISSION COUNSEL NITA KLUNDER**</u>

Pursuant to Local Rule 1.4(b), the Commission moves this Court to allow Commission counsel Nita Klunder to withdraw as counsel in this matter. As cause for Ms. Klunder's withdrawal, undersigned counsel respectfully directs the Court to the letter filed contemporaneously with this motion. [ECF No. 91.] Commission counsel Al Day and Marc Jones (both admitted *pro hac vice*) will continue to represent the Commission in this matter.

Dated: August 1, 2025    SECURITIES AND EXCHANGE COMMISSION

<u>*/s/ Alfred Day*</u>
Marc Jones (*pro hac vice*)
Alfred Day (*pro hac vice*)
33 Arch Street, 24th Floor
Boston, MA 02110
jonesmarc@sec.gov
daya@sec.gov
(617) 573-8900

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on August 1, 2025, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notices in this case.

                                            */s/ Alfred Day*