UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

SECURITIES AND EXCHANGE COMMISSION,
                         Plaintiff,                    24-cv-273 (JGK)

        - against -                                    ORDER

JONATHAN FARBER, ET AL.,
                         Defendants.
_____

JOHN G. KOELTL, District Judge:

    Defendant Farber's reply in further support of the motion

for summary judgment is due **August 15, 2025.**

    The defendants should file any motion to strike by **August**

**29, 2025.** The SEC should respond by **September 19, 2025.** The

defendants may reply by **October 3, 2025.**


SO ORDERED.
Dated:     New York, New York
           August 6, 2025

                                            _____
                                                John G. Koeltl
                                            United States District Judge