UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION

<div style="margin-left:3em">Plaintiff,</div>

<div style="margin-left:3em">- against -</div>

JONATHAN FARBER, AARIF JAMANI, &
BRIAN KEASBERRY,

<div style="margin-left:3em">Defendants.</div>

24-cv-0273 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear for oral argument on the motion for partial summary judgment (ECF No. 81) on **Tuesday, March 3, 2026, at 4:30 p.m.,** in Courtroom 14A, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.
Dated:     New York, New York
           February 10, 2026

<div style="text-align:right">
John G. Koeltl<br>
United States District Judge
</div>