UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

Plaintiff,

v.

JONATHAN FARBER,
AARIF JAMANI, and
BRIAN KEASBERRY,

Defendants.

24-CV-00273 (JGK)

DEFENDANT BRIAN KEASBERRY'S MOTION FOR AUTHORIZATION FOR
REMOTE APPEARANCE AT ORAL ARGUMENT

Defendant, BRIAN KEASBERRY, ("Defendant"), by and through his undersigned

attorneys at SILVER STATE LAW, LLC, hereby, respectfully, move for authorization to appear

remotely at the Oral Argument on the motion for partial summary judgment (ECF No. 81) ("Oral

Argument"), which is scheduled as follows:

Date: March 3, 2026

Time: 4:30 PM (EST)

Courtroom No.: United States District Court
Southern District of New York
Courtroom 14A
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

2/27/26

///

//

1

## <u>CONCLUSION</u>

For the foregoing reasons Counsel for Defendant requests that the Court authorize their remote attendance at the Oral Argument.

RESPECTFULLY SUBMITTED this 23rd day of February 2026.

SILVER STATE LAW LLC

By: ___*s/   J. Robert Smith*___
J. Robert Smith, Esq.*
61 Continental Drive
Reno, Nevada 89509
T: (775) 786-7445
rsmith@sslawnv.com

*Counsel for Defendant Brian Keasberry*
*\*Admitted pro hac vice*

**CERTIFICATE OF FORMATTING**

I hereby certify that the number of words in the foregoing Memorandum of Law complies with the formatting rules of Rule II.D of the Individual Practices of Judge John G. Koeltl (dated March 17, 2025).

Dated: February 23, 2026

By:     _s/   J. Robert Smith_
        J. Robert Smith
        *Counsel for Defendant Brian Keasberry*

# CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2026, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notices in this case.

_/s/Christie Porter_
Christie Porter

4