UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――

SECURITIES AND EXCHANGE COMMISSION,
               Plaintiff,        24-cv-0273 (JGK)

     - against -               ORDER

JONATHAN FARBER, AARIF JAMANI, AND
BRIAN KEASBERRY,
               Defendants.
―――――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The Court has considered all of the parties' arguments. To the extent not specifically addressed, those arguments are either moot or without merit. For the reasons stated on the record today, Farber's motion for summary judgment dismissing the SEC's Counts I, II, and IV is **denied**.

    The parties should file a joint pre-trial order, together with proposed voir dire requests and request to charge, and motions in limine by **May 25, 2026**. Responses and objections are due by **June 8, 2026**.

    The Clerk is directed to close all pending motions in this case.

SO ORDERED.
Dated:    New York, New York
          March 3, 2026

                                       _____
                                       John G. Koeltl
                                 United States District Judge