UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,

                             Plaintiff,                      **24 Civ. No. 00273 (JGK) (GS)**

          -against-                            **PRE-SETTLEMENT
CONFERENCE ORDER**

JONATHAN FARBER, *et al.*,

                             Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Wednesday, March 18, 2026 at 3:30 p.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 890 899 473#.**  Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

      **SO ORDERED.**

DATED:    New York, New York
                March 4, 2026

                                                  _____
                                                  The Honorable Gary Stein
                                                  United States Magistrate Judge