**Law Offices of Thomas E. Puzzo, PLLC**

3823 44th Ave. NE
Seattle, WA  98105
Direct:  (206) 522-2256
Mobile:  (206) 412-6868
Email: tpuzzo@puzzolaw.com

**MEMO ENDORSED**

March 10, 2026

<u>**VIA ECF**</u>

Application DENIED. Counsel must participate in the pre-settlement call. The Court will discuss during that call whether Farber should be excused from participating in any future settlement conference. SO ORDERED.

Hon. Gary Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 702
New York, NY 10007

Date:    March 13, 2026

Gary Stein
United States Magistate Judge
Southern District of New York

     **Re:** *Securities and Exchange Commission v. Farber, et al.,* **1:24-cv-00273-JGK**

Dear Judge Stein:

     I confirm that I represent Jonathan Farber ("Farber"), a defendant in the above-captioned matter.

     Pursuant to Rule III.B. of Individual Practices in Civil Cases Before Magistrate Judge Gary Stein, Farber hereby moves to (i) withdraw from the Pre-Settlement Conference Order dated March 4, 2026, scheduling a pre-Settlement Conference Call on March 18, 2026, at 3:30 p.m., and (ii) withdraw from participating in settlement procedures under Settlement Conference Procedures for Magistrate Judge Gary Stein.

     This motion is made on the basis that undesigned counsel has thoroughly discussed the possibility of settlement with his client and plaintiff Securities and Exchange Commission (the "SEC"), and both parties do not anticipate that participating in further settlement discussions or mediation will result in a settlement between Farber and the SEC before the anticipated trial in this matter.  Furthermore, Farber does not desire to wastefully use the valuable resources and time of both the Court and the SEC when he genuinely believes that no settlement is possible. Today, undersigned counsel discussed this motion and its request for relief with counsel for the SEC, and counsel for the SEC stated to the undersigned that the SEC does not oppose this motion.

     For the reasons state above, Farber respectfully requests that the Court order that Farber (i) is withdrawn from the Pre-Settlement Conference Order dated March 4, 2026, scheduling a pre-Settlement Conference Call on March 18, 2026 at 3:30 p.m., and (ii) withdrawn from participating in settlement procedures under Settlement Conference Procedures for Magistrate Judge Gary Stein.

1

2

Respectfully Submitted,

LAW OFFICES OF THOMAS E. PUZZO, PLLC

/s/ Thomas E. Puzzo

cc:  Plaintiff and Defendants via ECF

2