UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――

SECURITIES AND EXCHANGE
COMMISSION,                                        24-cv-0273 (JGK)
                        Plaintiff,

                                                   ORDER
        - against -

JONATHAN FARBER, ET AL.,
                        Defendants.

―――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    This case is stayed pending a decision by the Securities
and Exchange Commission with respect to the proposed settlement
with defendant Brian Keasberry.

    The remaining parties should submit a Joint Pre-Trial
Order, requests to charge, voir dire requests, and motion-in-
limine 21 days after approval or disapproval of the settlement
with Mr. Keasberry. Response and objections are due 7 days
thereafter. The parties should be ready for trial on 48 hours'
notice 21 days after submission of the Joint Pre-Trial Order.


SO ORDERED.
Dated:    New York, New York
          May 7, 2026

                                    John G. Koeltl
                              United States District Judge