UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

- against -

JONATHAN FARBER, ET AL.,

Defendants.

24-cv-273 (JGK)

**Order**

JOHN G. KOELTL, District Judge:

The defendant Brian Keasberry's Consent to the Entry of Final Judgment (ECF No. 122-2) is not notarized. The plaintiff and defendant Keasberry should advise the Court by **July 16, 2026**, whether there is any requirement that defendant Keasberry's signature be notarized.

SO ORDERED.

Dated: New York, New York
July 14, 2026

John G. Koeltl
United States District Judge