**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**SECURITIES AND EXCHANGE COMMISSION,**

**Plaintiff,**

**- against -**

**JONATHAN FARBER, ET AL.,**

**Defendants.**

**24-cv-273 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The parties are directed to file a joint pretrial order, motions in limine, if any, requests to charge, and voir dire requests by **September 11, 2026**. The parties shall file any responses and objections by **September 25, 2026**. The final pretrial conference is scheduled for **November 13, 2026, at 2:30 p.m.** The firm trial date is **December 1, 2026, at 9:00 a.m.**

The Clerk is respectfully directed to close ECF No. 123

**SO ORDERED.**

**Dated:** **New York, New York**
**July 22, 2026**

**John G. Koeltl**
**United States District Judge**