UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,
Plaintiff(s)

24 civ 273 (JGK)

-against-

JONATHAN FARBER, et al,
Defendant(s).
------------------------------------------------------------X

**ORDER**

The trial scheduled for Tuesday, December 1, 2026, is **advanced to Monday, November 30, 2026, at 9:00am.** All other deadlines in the Court's order of July 22, 2026 remain in effect.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
July 27, 2026