EXHIBIT A - PLAINITFF'S EXHIBIT LIST

| **Exhibit Number** (PX-1/DX-A) | **Description** | **Objection** (*/**/None) |
|---|---|---|
| PX-001 | Reserved | |
| PX-002 | Reserved | |
| PX-003 | Reserved | |
| PX-004 | Reserved | |
| PX-005 | Reserved | |
| PX-006 | Reserved | |
| PX-007 | Reserved | |
| PX-008 | Reserved | |
| PX-009 | Reserved | |
| PX-010 | CYLC Initial Company Information and Disclosure Statement | |
| PX-011 | Wells Fargo business account application for Black Ridge Holdings Inc. | |
| PX-012 | To do list | |
| PX-013 | Wells Fargo business account application for Wexford Industries Ltd. | |
| PX-014 | Wells Fargo business account application for Blue Diamond Equitites Inc. | |
| PX-015 | Jamani email to Keasberry regarding Wyoming company | |
| PX-016 | Farber email to Flocco et al. regarding water | |
| PX-017 | Jamani email to Keasberry regarding wire transfer | |
| PX-018 | Colonial Income Defined Benefit Pension Plan/Donald Varshine promissory note | |
| PX-019 | County Line Energy Corp./Black Ridge Holdings Inc. promissory note | |
| PX-020 | Varshine email to Farber regarding note | |
| PX-021 | County Line Energy Corp. OTC Pink Disclosure | |
| PX-022 | Bauman email to Jamani et al. regarding County Line Energy Corp. legal opinion | |
| PX-023 | Colonial Stock Transfer DWAC Deposit Instructions | |
| PX-024 | Flaherty email to FlipVentures@gmail.com forwarding ECEZ landing page draft | |
| PX-025 | Holden email to Jamani regarding County Line EXT | |
| PX-026 | Holden email to Jamani regarding reverse split | |
| PX-027 | County Line reverse split spreadsheet | |
| PX-028 | Holden email to Jamani regarding Q1 2017 County Line Shareholder Resolution Approving Reverse Stock Split (002) | |
| PX-029 | Holden email to Jamani regarding Countyline | |
| PX-030 | Unanimous Written Consent of the Sole Director of County Line … in Lieu of a Special Meeting | |
| PX-031 | Resolution re reverse split | |
| PX-032 | Holden email to Jamani regarding DTC | |
| PX-033 | Holden email to Jamani regarding Report from County Line Energy Corp. (loans) | |
| PX-034 | County Line Energy Corp. transaction report | |
| PX-035 | Holden email to Jamani regarding Report from County Line Energy Corp. | |
| PX-036 | County Line Energy Corp. transaction report | |
| PX-037 | Farber email to Varshine regarding and attaching signed note | |
| PX-038 | Holden email to Jamani regarding County Line Energy Corp. | |
| PX-039 | Bauman & Associates opinion letter to Colonial Stock Transfer Co. Inc. | |
| PX-040 | County Line Energy Corp. OTC Pink Disclosure | |
| PX-041 | Holden email to Jamani regarding County Line | |
| PX-042 | Holden email to Jamani regarding stock and notes | |
| PX-043 | Securities Purchase Agreement between 0985358 BC Ltd. and Black Ridge Holdings Inc. | |
| PX-044 | Convertible note payable spreadsheet | |
| PX-045 | Hodge/Farber text message exchange | |
| PX-046 | County Line Energy Corp. OTC Pink Disclosure | |
| PX-047 | Jamani email to Keasberry regarding correction/sending money | |
| PX-048 | 0985358 BC Ltd. Convertible Note | |
| PX-049 | Hodge/Farber text message exchange | |
| PX-050 | County Line Energy Corp. transfer report | |
| PX-051 | Hawkins email to Jamani regarding and attaching correct doc | |
| PX-052 | Colonial Stock Transfer issuance of County Line Energy Corp. to Daniel Serruya | |
| PX-053 | Jamani notebook | |

| **Exhibit Number** (PX-1/DX-A) | **Description** | **Objection** (*/**/None) |
|---|---|---|
| PX-054 | Wexford Industries Ltd. March 2018 Wells Fargo statement | |
| PX-055 | Seller's Representation Letter to Colonial Stock Transfer Co. Inc. | |
| PX-056 | Bauman email to Jamani regarding Legal Opinion for County Line Energy Corp. | |
| PX-057 | Bauman & Associates opinion letter to Colonial Stock Transfer Co. Inc. | |
| PX-058 | Bauman email to Jamani regarding Legal Opinion for County Line Energy Corp. | |
| PX-059 | Jamani email to Leibrader, Mendes, and Farber regarding email addresses | |
| PX-060 | Mendes/Black Ridge Holdings Inc. wire | |
| PX-061 | Assignment and Assumption of Convertible Note from Aravis Investments Ltd. to Provencal Investments Ltd. | |
| PX-062 | BRK, Inc. Annual Report | |
| PX-063 | Blankenship email to Jamani regarding CYLC | |
| PX-064 | Mendes Nevada Limited Power of Attorney to Hawkins | |
| PX-065 | Keasberry email to Mendes regarding and attaching debt purchase and sale agreement | |
| PX-066 | Blankenship email to Jamani regarding CYLC DWAC | |
| PX-067 | Action Stock Transfer Corp. County Line Energy Corp. invoice | |
| PX-068 | CYLC Notice of Conversion | |
| PX-069 | Keasberry email to Mendes regarding CYLC conversion/wire instructions | |
| PX-070 | Mendes/Black Ridge Holdings Inc. wire | |
| PX-071 | Keasberry email to Mendes regarding CYLC docs | |
| PX-072 | Serruya email to Blankenship regarding CYLC/Provencal assignment | |
| PX-073 | Andreula email to Farber regarding Growbox5000 | |
| PX-074 | Farber email to Hawkins regarding Growbox5000 | |
| PX-075 | Hawkins email to Serruya regarding MOU | |
| PX-076 | Serruya email to GreenGroTech@gmail.com regarding MOU | |
| PX-077 | Serruya email to Andreula regarding MOU | |
| PX-078 | Mendes email to Jamani and Farber regarding legal opinion | |
| PX-079 | Haas email to Serruya regarding MOU | |
| PX-080 | Hawkins email to Serruya and Farber regarding CYLC/Growbox MOU | |
| PX-081 | Action Stock-CYLC Transfer File 1.6M to Provencal | |
| PX-082 | County Line Energy Corp. Signs Agreement to Acquire Grow Box | |
| PX-083 | Mendes email to Jamani regarding signed note purchase agreement | |
| PX-084 | Signed Purchase and Sale of Note attachment | |
| PX-085 | Email from Haas to Farber | |
| PX-086 | Serruya/Dena/Andreula Asset and Stock Purchase Agreement | |
| PX-087 | Notes list | |
| PX-088 | Unaminous Written Consent … of the Board of Directors of County Line Energy Corp. | |
| PX-089 | Transfer from FIFO Trader Limited to 0985358 BC Ltd. | |
| PX-090 | Non-affiliate legend removal request form | |
| PX-091 | County Line Energy Corp. issuance to 0985358 BC Ltd. | |
| PX-092 | County Line Energy Corp. Issuer Supplemental Disclosure Statement | |
| PX-093 | County Line Energy Corp. Issuer Supplemental Disclosure Statement | |
| PX-094 | Holden email to Serruya regarding CYLC filing | |
| PX-095 | Holden email to Jamani, Keasberry and Serruya | |
| PX-096 | Hodge/Farber text message exchange | |
| PX-097 | Certificate of Designation for County Line Energy Corp. | |
| PX-098 | Blankenship email to Jamani regarding County Line Shares | |
| PX-099 | Action Stock Transfer County Line Energy Corp. Transfer 7M Shares | |
| PX-100 | Transfer from FIFO Trader Limited to 0985358 BC Ltd. | |
| PX-101 | Transfer from 0985358 BC Ltd. to Awareness Consulting Network LLC | |
| PX-102 | Transfer from 0985358 BC Ltd. to Wexford Industries Ltd. | |
| PX-103 | Blankenship email to Jamani regarding County Line Shares | |
| PX-104 | Action Stock Transfer County Line Energy Corp. Invoice | |
| PX-105 | Andreula email to Blankenship regarding CYLC | |
| PX-106 | Andreula share cancellation | |
| PX-107 | Bauman email to Jamani regarding large percentage of float | |

| **Exhibit Number** (PX-1/DX-A) | **Description** | **Objection** (*/**/None) |
|---|---|---|
| PX-108 | Bauman email to Smith regarding and attaching legal opinion for Provencal | |
| PX-109 | Dena share cancellation | |
| PX-110 | Wexford Industries Ltd. October 2018 Wells Fargo statement | |
| PX-111 | 0985358 BC Ltd. Convertible Note | |
| PX-112 | Action Stock Transfer County Line Energy Corp. 0985358 BC Ltd. issuances | |
| PX-113 | Blankenship email to Andreula regarding issuance | |
| PX-114 | Action Stock Transfer County Line Energy Corp. Invoice | |
| PX-115 | Andreula email to Blankenship regarding new stock issuances | |
| PX-116 | Hodge/Farber text message exchange | |
| PX-117 | Action Stock Transfer County Line Energy Corp. Invoice | |
| PX-118 | Action Stock Transfer County Line Energy Corp. Mendes conversion | |
| PX-119 | Andreula email to Wexford regarding cash needs breakout | |
| PX-120 | County Line Energy Inc. OTC disclosure | |
| PX-121 | $70,000 0985358 BC Ltd. promissory note | |
| PX-122 | x7199 December 2019 US Bank statement | |
| PX-123 | Bloxsar Tech Ventures Inc. subscription agreement | |
| PX-124 | Margaretis/Andreula Stock Purchase Agreement 100,000 Series A | |
| PX-125 | Andreula County Line Energy, Inc. resignation | |
| PX-126 | Margaretis/Andreula Stock Purchase Agreement | |
| PX-127 | Andreula email to Blankenship et al. regarding notice of conversion/being out of deal | |
| PX-128 | Margaretis email to McMahon, Hawkins and Serruya regarding Stock Purchase Agreement letter | |
| PX-129 | Unanimous Written Consent … of the Board of Directors of D5, Inc. f/k/a County Line Energy Corp. | |
| PX-130 | Hawkins email to Serruya and Jamani regarding debt | |
| PX-131 | Hawkins email to Serruya forwarding Andreula's email regarding Manny having the control block | |
| PX-132 | Hawkins email to Serruya, Margaretis and Jamani regarding SPA doc CLYC Control Block | |
| PX-133 | Hawkins email to Obeid, Margaretis and Serruya regarding SPA terms | |
| PX-134 | Unanimous Written Consent … of the Board of Directors of D5, Inc. f/k/a County Line Energy Corp. | |
| PX-135 | Dena Notice of Resignation from Board of Directors | |
| PX-136 | Jamani email to Holden regarding Wells Fargo x9806 bank statement | |
| PX-137 | Margaretis letter to Action Stock Transfer requesting the stop transfer of issuances | |
| PX-138 | Margaretis letter to Action Stock Transfer requesting the stop transfer of issuances | |
| PX-139 | Jamani email to Holden regarding authority | |
| PX-140 | Jamani email to Holden regarding Dena document forwards | |
| PX-141 | Jamani email to Holden regarding Legal Opinion for Conversion of Shares | |
| PX-142 | Jamani email to Holden regarding Justeene | |
| PX-143 | Jamani email to Holden regarding conversion | |
| PX-144 | Jamani email to Holden regarding conversion | |
| PX-145 | Jamani email to Holden regarding conversion/another lender | |
| PX-146 | Action Stock Transfer County Line Energy Corp. Invoice | |
| PX-147 | Stock Purchase Agreement Amendment between FFS Capital Limited and 0985358 BC Ltd. | |
| PX-148 | PennyStockLocks.com email to Markets Reg List regarding CYLC Strong Buy | |
| PX-149 | BeatPennyStocks email to Markets Reg List regarding CYLC stock proves trading is NOT hard | |
| PX-150 | Kim email to Wexford and Mendel regarding information required for Wexford | |
| PX-151 | Jamani email to Margaretis and Holden regarding disclosure amendments | |
| PX-152 | Action Stock Transfer County Line Energy Corp. 0985358 BC Ltd. 3.2M Transfer | |
| PX-153 | Action Stock Transfer County Line Energy Corp. 0985358 BC Ltd. and 1207124 BC Ltd. transfer | |
| PX-154 | McDowell email to Holden et al. regarding County Line invoices | |
| PX-155 | Action Stock Transfer County Line Energy Corp. 0985358 BC Ltd. and Kelder Trade & Investment Ltd. | |
| PX-156 | Jamani email to Margaretis regarding issuance resolution | |
| PX-157 | 2019 County Line Energy Inc. Annual Report | |
| PX-158 | Action Stock Transfer County Line Energy Corp. Invoice | |
| PX-159 | FINRA request to County Line Energy, Inc. | |
| PX-160 | Action Stock Transfer County Line Energy Corp. Invoice | |
| PX-161 | Jamani email to Blankenship regarding sale of CYLC | |

| **Exhibit Number** (PX-1/DX-A) | **Description** | **Objection** (*/**/None) |
|---|---|---|
| PX-162 | Margaretis email to Jamani regarding and attaching update | |
| PX-163 | Wexford Industries Ltd. January 2020 National Bank Investment Portfolio Statement | |
| PX-164 | Margaretis email to Baybutt and Jamani regarding CYLC, Form 51 | |
| PX-165 | Provencal Investment June 2015 - February 2020 Tendall Capital Markets Ltd. trading statement | |
| PX-166 | British Columbia Securities Commission Variation of Cease Trade Order | |
| PX-167 | Jamani email to Margaretis and Holden regarding Quick Books | |
| PX-168 | British Columbia Securities Commission Variation of Cease Trade Order | |
| PX-169 | Flaherty email to Farber regarding County Line Energy/COVID | |
| PX-170 | Wexford Industries Ltd. March 2020 National Bank Investment Portfolio Statement | |
| PX-171 | Jamani email to Holden and Margaretis regarding Disclosure Redlined | |
| PX-172 | Action Stock Transfer County Line Energy Corp. Invoice | |
| PX-173 | BRK, Inc. Annual Report | |
| PX-174 | Jamani/Margaretis chat exchange regarding D5 ownership | |
| PX-175 | Flaherty email to Farber and Jamani regarding Manny/CYLC Shell/P & D | |
| PX-176 | 1207124 BC Ltd./FFS Capital Limited Stock Purchase Agreement | |
| PX-177 | Flaherty email to Farber and Jamani regarding Manny/CYLC Shell/P & D | |
| PX-178 | Action Stock Transfer County Line Energy Corp. Invoice | |
| PX-179 | County Line Energy Corp. Transaction Report spreadsheet | |
| PX-180 | Wexford Industries Ltd. May 2020 Wells Fargo account statement | |
| PX-181 | Wexford email to Scottsdale regarding CYLC Deposit Paperwork | |
| PX-182 | Wexford Industries Ltd./County Line Energy Corp. non-affiliate letter | |
| PX-183 | Jamani email to Holden regarding Notes sold to Wex | |
| PX-184 | Action Stock Transfer County Line Energy Corp. Invoice | |
| PX-185 | Notes sold to wex since 2017 spreadsheet | |
| PX-186 | Google email to 0985358bcltd@gmail.com regarding security alert for meximaraholdings@gmail.com account | |
| PX-187 | Jamani email to Holden regarding beneficial owners | |
| PX-188 | Blankenship email to Holden regarding Evil Empire Changes | |
| PX-189 | Hodge/Farber text message exchange | |
| PX-190 | Hodge/Farber text message exchange | |
| PX-191 | Action Stock Transfer County Line Energy Corp. Invoice | |
| PX-192 | Mendes email to Farber regarding Mendes | |
| PX-193 | 2020 County Line Energy Inc. Annual Report | |
| PX-194 | Wexford Industries Ltd. Letter of Direction | |
| PX-195 | Wexford Industries Ltd. Letter of Direction | |
| PX-196 | Margaretis email to Goetz and Jamani regarding press release | |
| PX-197 | Jamani email to Holden | |
| PX-198 | Lacroix email to Jamani regarding symbols ready for deposit | |
| PX-199 | Margaretis email to Jamani regarding press release | |
| PX-200 | Kipos Product press release | |
| PX-201 | Wexford email to Mendel regarding Wexford/Lois Farber | |
| PX-202 | Jamani/Margaretis chat exchange | |
| PX-203 | E-mail from Jamani to Holden-CYLC Notes | |
| PX-204 | Message regarding full Jon and AJ day | |
| PX-205 | 7023258519/Jamani WhatsApp chat exchange | |
| PX-206 | Flocco email to Le Bernadin regarding private dining request/menu | |
| PX-207 | Flocco email to Rilov regarding introduction/phone number | |
| PX-208 | Las Vegas Valley Water District bill for Keasberry | |
| PX-209 | Keasberry email to self forwarding Bygdnes et al. email regarding Shareholder Report for Tiger Oil and Energy Inc. | |
| PX-210 | Flocco text messages | |
| PX-211 | Black Ridge Holdings Inc. Nevada Registered Agent Acceptance/Statement of Change Form | |
| PX-212 | Margaretis email to Jamani regarding company status | |
| PX-213 | Flocco text messages regarding Farber's partners coming down from Vancouver | |

EXHIBIT A - PLAINITFF'S EXHIBIT LIST

| **Exhibit Number** (PX-1/DX-A) | **Description** | **Objection** (*/**/None) |
|---|---|---|
| PX-214 | Jamani/Keasberry message exchange | |
| PX-215 | Hodge/Farber text message exchange | |
| PX-216 | Hodge/Farber text message exchange | |
| PX-217 | Nevada Business Portal report for 1207124 BC Ltd. | |
| PX-218 | Flocco text messages with her friend, Diana | |
| PX-219 | Consent … of the Board of Directors of County Line Energy Inc. appointing Jamani as Secretary | |
| PX-220 | Flocco text regarding Jamani's being Jon's business partner | |
| PX-221 | Flocco text messages regarding plans for Jamani's visit | |
| PX-222 | Margaretis email to Jamani regarding Mannyco | |
| PX-223 | CYLC Division of Labor spreadsheet | |
| PX-224 | One22 payments to Interactive Offers | |
| PX-225 | IP Transfer spreadsheet | |
| PX-226 | County Line Energy Inc. Quarterly Report | |
| PX-227 | Jamani/Flocco text message exchange | |
| PX-228 | BCSC news release regarding Cease Trading Order breach | |
| PX-229 | County Line Energy Corp. Control Log | |
| PX-230 | Colonial Stock Transfer Company County Line Energy Corp. Transaction Log | |
| PX-231 | Margaretis email to Virden and Jamani regarding mediation | |
| PX-232 | Jamani email to Margaretis regarding McMahon Stuff | |
| PX-233 | Jamani/Holden/Margaretis CYLC group chat with disappearing messages | |
| PX-234 | Share spreadsheet | |
| PX-235 | Devlaeminck email to Jamani regarding CYLC attorney letter | |
| PX-236 | Devlaeminck attorney letter to OTC Markets Group Inc. | |
| PX-237 | OTC Markets email to to Holden regarding Attorney Letter Published | |
| PX-238 | Farber's Responses and Objections to SEC's First Set of Interrogatories | |
| PX-239 | Jamani's Amended Responses to SEC's First Set of Interrogatories | |
| PX-240 | OTC Markets News for County Line Energy Corp. | |
| PX-241 | OTC Markets Disclosures for County Line Energy Corp. | |
| PX-242 | Jamani/Margaretis text message exchange | |
| PX-243 | Jamani/Margaretis text message exchange regarding Margaretis never signed CEO appointment document | |
| PX-244 | Jamani/Margaretis text message exchange regarding proof of resignation | |
| PX-245 | Jamani/Margaretis text messages | |
| PX-246 | Jamani/Margaretis text message exchange regarding McMahon share cancellation | |
| PX-247 | Jamani/Margaretis text messages regarding resignation and McMahon shares | |
| PX-248 | CYLC Activity Chart spreadsheet | |
| PX-249 | Photographs and Keasberry Nevada Driver's License | |
| PX-250 | TD Bank Meximara Holdings Ltd. account documents | |
| PX-251 | Lois Farber DBA Colonial Income Wells Fargo statements | |
| PX-252 | TD Bank Jamani information | |
| PX-253 | TD Bank Wexford Industries Ltd. and Meximara Holding Ltd. officer and director names | |
| PX-254 | TD Bank 1207124 B.C. Ltd. accountn documents | |
| PX-255 | Wexford Industries Ltd. Wyoming Secretary of State annual report filing | |
| PX-256 | County Line Energy Corp. Control Sheet | |
| PX-257 | One22 Media Promotions | |