UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,
Plaintiff(s)

24 civ 273 (JGK)

-against-

JONATHAN FARBER and AARIF JAMANI,
Defendant(s).
-----------------------------------------------------------X

**ORDER**

The trial scheduled for Monday, November 30, 2026, is **adjourned to Tuesday, December 1, 2026, at 9:00am.** All other dates regarding trial remain unchanged.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
October 21, 2026