UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No.: 1:24=cv-00273-JGK

SECURITIES AND EXCHANGE COMMISSION,
Plaintiff,

v.

Farber, et al.
Defendants.

Application granted. Defendant Jamani should coordinate with the Court's Deputy Donnie Fletcher to arrange for remote participation in the Nov. 13, 2026 conference. A copy of this endorsement should be sent by email to Defendant Jamani. SO ordered.
[signature] U.S.D.J.
10/27/26

---

**DEFENDANT JAMANI'S EMERGENCY MOTION TO APPEAR REMOTELY FOR THE NOVEMBER 13, 2026 PRE-TRIAL CONFERENCE DUE TO FOREIGN RESIDENCY AND FINANCIAL HARDSHIP**

Defendant Aarif Jamani, appearing *pro se*, respectfully moves this Honorable Court to permit remote appearance via video or telephone for the upcoming Pre-Trial Conference scheduled for November 13, 2026. In support thereof, Defendant states as follows:

1. **Foreign Residency:** Defendant is a non-U.S. citizen who currently resides abroad outside the United States and conducts business exclusively from outside the United States.

2. **Severe Financial Hardship of Multiple Trips:** Defendant is representing themselves *pro se* and faces extreme financial constraints. Defendant cannot afford the thousands of dollars required for international flights, lodging, and travel expenses to travel to New York for both the mid-November pre-trial conference and the upcoming December trial.

3. **Preservation of Resources for Trial:** Because Defendant cannot financially afford two separate international trips to Manhattan within a three-week span, Defendant must preserve limited financial resources to attend and defend themselves at the trial itself. Forcing an in-person appearance for a status conference would effectively exhaust Defendant's resources and compromise their ability to appear at trial.

4. **No Prejudice to Plaintiff:** The November 13, 2026 conference is a pre-trial scheduling and administrative status conference. The Plaintiff Securities and Exchange Commission (SEC) will suffer absolutely no legal prejudice if Defendant

Case 1:24-cv-00273-JGK-GS Document 143 Filed 10/27/26 Page 2 of 2

participates via telephone or video platform (such as Zoom or Microsoft Teams) as designated by the Court.

5. **Request for Electronic Filing:** Pursuant to the local rules of this District, Defendant further requests that the Court grant permission to file documents electronically via the CM/ECF system for the remainder of these proceedings so that Defendant can track case updates efficiently from abroad.

**WHEREFORE**, Defendant respectfully requests that this Court:

- **GRANT**

Defendant permission to attend the November 13, 2026 Pre-Trial Conference remotely via video or telephone; and

- **GRANT** Defendant electronic filing (CM/ECF) privileges in this matter.

Dated: October 23, 2026

Respectfully submitted,

/s/ Aarif Jamani

Aarif Jamani, Pro Se Defendant
3131 Godwin Avenue
Burnaby BC V5G4C3 CANADA
1-778-882-7860
Email: ajamani786@gmail.com