UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

- against -

JONATHAN FARBER, ET AL,

Defendants.

24-cv-273 (JGK)

**Order**

**John G. Koeltl, District Judge:**

As discussed today in the final pretrial conference, a protective conference is scheduled for **November 30, 2026, at 3:00 p.m.** to discuss any remaining issues that may arise before trial. The parties should inform the Court by **November 27, 2026**, if the conference is necessary.

For the reasons discussed at the conference today, the SEC's oral motion to permit Mr. Margaretis to testify remotely at trial is **granted**, subject to the conditions set forth at the conference. The remaining motions (ECF Nos. 134, 147, and 148, as amended at conference) are **granted**. The time for Mr. Jamani to file proposed requests to charge is **November 19, 2026**.

The Clerk is respectfully requested to close ECF Nos. 134, 147, and 148.

**SO ORDERED.**

**Dated:** New York, New York
November 13, 2026

John G. Koeltl
United States District Judge