**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**SECURITIES AND EXCHANGE COMMISSION,**

**Plaintiff,**

**- against -**

**JONATHAN FARBER, ET AL,**

**Defendants.**

**24-cv-273 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The Court granted the SEC's request to allow Vincent Andreula and Emmanuel Margaretis to testify remotely but, as additional protection for the defendants, the Court required that the witnesses be made available for deposition before their testimony. If defendant Jamani is the only party seeking to depose the witnesses, the SEC must nonetheless arrange the depositions and pay the court reporter's fee, but the cost of any transcript shall be paid by the party that orders it.

**SO ORDERED.**

**Dated:** **New York, New York**
**November 19, 2026**

**John G. Koeltl**
**United States District Judge**