UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

- against -

JONATHAN FARBER, ET AL,

Defendants.

24-cv-273 (JGK)

**Order**

**John G. Koeltl, District Judge:**

The Court will proceed with the final pretrial conference on **November 30, 2026, at 3:00 p.m.** to resolve any final issues.

**SO ORDERED.**

**Dated:** New York, New York
November 24, 2026

John G. Koeltl
United States District Judge